# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00192-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

VIRGIL W. VALDEZ,

    Plaintiff,

v.

COUNTY COURT CONEJOS COUNTY,
COUNTY COURT COSTILLA COUNTY, and
COUNTY COURT EL PASO COUNTY,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Virgil W. Valdez, currently resides in Colorado Springs, Colorado.  Mr. Valdez has submitted *pro se* a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this order.  Mr. Valdez will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Valdez files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) ___ is not submitted
(2) ___ is not on proper form (must use the Court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) _X_ affidavit is not notarized or is not properly notarized
(7) _X_ names in caption do not match names in caption of complaint, petition or

|      |     | application |
|------|-----|-------------|
| (8)  | __  | other:      |

**Complaint or Petition**:
(9)   __   is not submitted
(10)  __   is not on proper form
(11)  _X_  is missing an original signature by Plaintiff
(12)  _X_  is incomplete (<u>must use all pages of complaint form; missing pages 2 and 6</u>)
(13)  __   uses et al. instead of listing all parties in caption
(14)  __   names in caption do not match names in text
(15)  _X_  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  _X_  other: <u>Fails to allege a basis for this court's jurisdiction on page 2 or to request any relief on page 6 of complaint.</u>

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint, along with the applicable instructions, at www.cod.uscourts.gov, and use those forms in curing the designated deficiencies  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this order** the action will be dismissed without further notice.

DATED January 23, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge