IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00192-BNB

VIRGIL W. VALDEZ,

    Plaintiff,

v.

COUNTY COURT CONEJOS COUNTY,
COUNTY COURT COSTILLA COUNTY, and
COUNTY COURT EL PASO COUNTY,

    Defendants.

---

ORDER OF DISMISSAL

---

    Plaintiff, Virgil W. Valdez, currently resides in Colorado Springs, Colorado.  Mr. Valdez submitted *pro se* a Complaint (ECF No. 1) and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).  The Court reviewed the documents and determined they were deficient.  Therefore, on January 23, 2014, Magistrate Judge Boyd N. Boland entered an order (ECF No. 4) directing Mr. Valdez to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

    The January 23 order pointed out deficiencies in Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, including that the affidavit to the § 1915 motion was not notarized.  The January 23 order also pointed out that the Complaint was missing pages and an original signature, among other deficiencies.  The January 23 order directed Mr. Valdez to obtain the Court-approved forms for filing a Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint, and to use those forms in curing the designated deficiencies. The January 23 order warned Mr. Valdez that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

Mr. Valdez has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Therefore, the action will be dismissed without prejudice for Mr. Valdez's failure to cure the designated deficiencies as directed within the time allowed and for his failure to prosecute.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Valdez files a notice of appeal he also must pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Virgil W. Valdez, to cure the deficiencies designated in the order to cure of January 23, 2014, within the time allowed and for his failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this  4th  day of   March  , 2014.

BY THE COURT:


 s/ Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court